American Federation of Labor and Congress of Industrial Organizations and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 81–2159. SILKWOOD, ADMINISTRATOR *v.* KERR-McGEE CORP. ET AL. Appeal from C. A. 10th Cir.;

No. 81–2278. UNION ELECTRIC CO. *v.* CITY OF KIRKWOOD, MISSOURI. C. A. 8th Cir.;

No. 81–2359. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* PHONETELE, INC. C. A. 9th Cir.;

No. 82–116. GREATER WASHINGTON CENTRAL LABOR COUNCIL *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.; and

No. 82–146. FOOD & ALLIED SERVICES TRADE COUNCIL OF METROPOLITAN WASHINGTON *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 81–2249. SUMNER, WARDEN, SAN QUENTIN PRISON *v.* MAXWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 81–6737. IN RE JAFFER; and

No. 81–6916. IN RE WEIGANG. Petitions for writs of common-law certiorari denied.

No. 81–6878. IN RE JONES;

No. 81–6898. IN RE DONNELSON;

No. 82–5016. IN RE SULLIVAN;

No. 82–5166. IN RE HOOVER;

No. 82–5172. IN RE VON LUDWITZ;

No. 82–5193. IN RE MCGOURTY;

No. 82–5221. IN RE KULIK; and

No. 82–5326. IN RE BARNEY. Petitions for writs of habeas corpus denied.